# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOS JAMES STAVROPOULOS, | : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| Plaintiff, | : : | |
| v. | : : | |
| SHERIFF NEIL WARREN, Defendant. | : : | CIVIL ACTION NO. 1:13-CV-3665-WSD-JFK |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

The matter is before the Court because mail addressed to Plaintiff at his address of record was returned on December 2, 2013, marked as undeliverable – not in custody. (Doc. 4). As of January 21, 2014, Plaintiff has not notified the Court of his whereabouts. Under Local Rule 41.2 C., "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ." As this Court has no information regarding Plaintiff's whereabouts, it is **RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 22nd day of January, 2014.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE